# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| The Boeing Company ) | ASBCA Nos. 61387, 61388 |
| ) | |
| Under Contract Nos. F33657-01-D-0026 ) | |
| FA8634-17-C-2650 ) | |

APPEARANCES FOR THE APPELLANT:    Scott M. McCaleb, Esq.
Scott A. Felder, Esq.
Craig Smith, Esq.
  Wiley Rein LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Chun-I Chiang, Esq.
David K. Stark, Esq.
  Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE O'CONNELL

In *The Boeing Company*, ASBCA Nos. 61387, 61388, 2018 WL 6705542, the Board denied appellant's motion for summary judgment. The Board directed the parties to propose further proceedings.

In a joint status report filed on March 13, 2019, the parties stated: "The parties jointly request that the Board enter final judgment denying Boeing's appeals because the Board's decision on Boeing's motion for summary judgment decided the only issue presented in the Contracting Officer's Final Decisions ("COFDs") and in the instant consolidated appeals."

Accordingly, the appeals are denied.

Dated: March 18, 2019

                                  MICHAEL N. O'CONNELL
                                  Administrative Judge
                                  Armed Services Board
                                  of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

     I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61387, 61388, Appeals of The Boeing Company, rendered in conformance with the Board's Charter.

     Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals